FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JAN 07 2014

BY D. M. K JONES, CLERK
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CANDY HOLMES, an individual, and RUSSELL SMITHE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF UTAH and VERNAL CITY, and BEN MURRAY, an individual, and John and Jane Does 1-15,<br><br>Defendants. | ORDER DISMISSING COMPLAINT AGAINST DEFENDANT BEN MURRAY<br><br>Case No. 2:12cv01098<br><br>Judge Ted Stewart |

Based upon the joint motion and stipulation of the Plaintiffs Candy Holmes and Russell Smithe and the Defendant Ben Murray it is hereby ORDERED that this matter is dismissed as against Ben Murray, with prejudice, with each party to bear their own costs and attorneys' fees.

Dated this 6th day of January 2014.

United States District Court

Judge Ted Stewart

Approved as to form:
TROY WALKER P.C.
/s/ Troy Walker
By: Troy Walker
*Signature inserted by filing attorney with permission Of signing Attorney*

1